# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

VANESSA NAPIER, :

    Plaintiff, :

vs.                                 CA 02-0990-C

                                          :

JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee the sum of $12,374.50 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee award made in this case totaling $1,975.00.

**DONE** this the 6th day of Febuary, 2006.

                                  s/WILLIAM E. CASSADY
                              **UNITED STATES MAGISTRATE JUDGE**